UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITO A. NUZZOLILO,

                          Petitioner,

        -against-

OTISVILLE FCI, THE FEDERAL BUREAU
OF PRISONS, USA,

                          Respondent.

26-cv-0456 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 26, 2026, the Court construed Plaintiff's pleading as a petition for *habeas corpus* under 28 U.S.C. § 2241 and directed Petitioner to inform the Court within 30 days of the order if he wished to withdraw the petition without prejudice. The Court also directed Plaintiff, if he wished to proceed with this Section 2241 proceeding, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the fees required to file a *habeas* petition in this court, within 30 days of the order. That order also specified that failure to comply would result in dismissal of the petition without prejudice. Petitioner has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    March 13, 2026
          New York, New York

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge

2