UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITO A. NUZZOLILO,

                    Petitioner,

        -against-

OTISVILLE FCI, THE FEDERAL BUREAU
OF PRISONS, USA.,

                    Respondent.

26 CIVIL 00456 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

        SO ORDERED.

Dated:    March 13, 2026

        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge